# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| THOMAS M. ORLANDO, | |
| Plaintiff, | |
| vs. | 2:20-cv-01904-JAD-VCF |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY (doing business as "GEICO"; GEICO CASUALTY COMPANY; GEICO INSURANCE AGENCY, INC., | **ORDER** |
| Defendant. | |

Before the Court is the Notice of Settlement (ECF No. 35).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Compel (ECF No. 22), Motion for Protective Order (ECF No. 23), Second Motion to Compel (ECF No. 31), and the Motion to Amend Complaint (ECF No. 32) are DENIED without prejudice.

IT IS FURTHER ORDERED that the proposed stipulation and order for dismissal must be filed on or before June 1, 2021.

DATED this 30th day of April, 2021.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE