McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GOVERNMENT EMPLOYEES INSURANCE COMPANY erroneously sued and served herein as GEICO CASUALTY COMPANY and GEICO INSURANCE AGENCY, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS M. ORLANDO, individually,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY (doing business as "GEICO"; GEICO CASUALTY COMPANY; GEICO INSURANCE AGENCY, INC.<br><br>Defendants. | Case No. 2:20-CV-01904-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 37 |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:20-CV-01904-JAD-VCF
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Each party will bear their own costs and attorneys' fees.

DATED this 26th day of April, 2021

                          THE COTTLE FIRM

                          By _____
                          Robert W. Cottle, Nevada Bar No. 4576
                          Daniel M. Ryan, Nevada Bar No. 12485
                          8635 Eastern Avenue
                          Las Vegas, Nevada 89123
                          Tel. (702) 722-6111

                          Attorneys for Plaintiff

DATED this 12th day of May, 2021

                          McCORMICK, BARSTOW, SHEPPARD,
                          WAYTE & CARRUTH LLP

                          By _____
                          Wade M. Hansard, Nevada Bar No. 8104
                          Jonathan W. Carlson, Nevada Bar No. 10536
                          Renee M. Maxfield, Nevada Bar No. 12814
                          8337 West Sunset Road, Suite 350
                          Las Vegas, Nevada 89113
                          Tel. (702) 949-1100

                          Attorneys for Defendant

### ORDER

Based on the parties' stipulation **[ECF No. 37]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

                          _____
                          U.S. District Judge Jennifer A. Dorsey
                          Dated: May 25, 2021

7581184.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2

Case No. 2:20-CV-01904-JAD-VCF

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE